597 F.2d 1317
 101 L.R.R.M. (BNA) 2521
 Karl KAHN, Jeffrey L. Henze, Karen Snelson, Donald J.
Bessee, Natalia Shul, Rafael Espinoza, and Al Hart in behalf
of themselves and all other similarly situated members of
Hotel and Restaurant Employees' and Bartenders International
Union, Local Union 44, 110, 41, 283, and 9 (formerly 30 and
48), Plaintiffs-Appellants,
v.
HOTEL AND RESTAURANT EMPLOYEES' AND BARTENDERS INTERNATIONAL
UNION, Local Joint Board of Culinary Workers, Bartenders and
Hotel Service Workers of San Francisco, Local Unions 44,
110, 41, 283, and 9 (formerly 30 and 48), and the Executive
Boards of each such union, Defendants-Appellees.
 No. 77-2380.
 United States Court of Appeals,
Ninth Circuit.
 May 29, 1979.
 
 Martin Eichner, Romines & Eichner, Palo Alto, Cal., for plaintiffs-appellants.
 Alan C. Davis, Davis, Cowell & Bowe, San Francisco, Cal., for defendants-appellees.
 Before TUTTLE,* ELY, and WRIGHT, Circuit Judges.
 PER CURIAM:
 
 
 1
 The District Court's judgment is affirmed, essentially upon the basis of the carefully written opinion of District Judge Renfrew, reported at 469 F.Supp. 14 (N.D.Cal.1977).
 
 
 
 *
 Honorable Elbert P. Tuttle, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation